IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **PRO ACTIVE SAFETY SYSTEMS P.A.S.S. LLC et al.** | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cv-01063-ACC-RMN |
| | ) | |
| **SIEMENS GAMESA RENEWABLE ENERGY, LLC** | ) | |
| Defendant | ) | |

## MOTION FOR RULE 11 SANCTIONS

Pursuant to Fed. R. Civ. P. 11(b)(3) and 11(c) ("Rule 11"), Siemens Gamesa Renewable Energy, LLC ("SGRE"), by and through counsel, files this Motion for Rule 11 Sanctions because the Complaint of Plaintiffs Pro Active Safety System P.A.S.S. LLC and David Bernard (together the "Plaintiffs") includes allegations that lack any evidentiary basis, is based on legal theories that have no chance of success, and the Complaint was filed for an improper purpose—to hinder and delay the collection activities of Plaintiffs' secured creditor BCA Capital Partners LLC.[1] For the reasons more fully set forth in the accompanying Memorandum of Law, and as a sanction for the Rule 11 violation, SGRE requests that this Court dismiss Plaintiffs' Complaint with prejudice and award SGRE its costs, including reasonable attorney fees incurred in preparing this motion.

[1] Pursuant to Rule 11(c)(2), the Motion are being served to Plaintiffs' counsel under Fed. R. Civ. P. 5 twenty-one (21) days prior to being filed with the Court.

**LITTLETON JOYCE UGHETTA & KELLY LLP**

*/s/ Kristen E. Dennison*

Kristen E. Dennison Esq.
Florida Bar No. 0088476
Littleton Joyce Ughetta & Kelly LLP
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Tel: (321) 574-0280
Fax: (914) 417-3401
Kristen.Dennison@littletonjoyce.com

**CERTIFICATE OF SERVICE**

I, Kristen E. Dennison, Esq. certify that on July 8, 2025 a true and correct copy of the foregoing Motion for Rule 11 Sanctions, was served via regular and federal express (with proof of delivery requested), with a courtesy copy also served via email upon the following:

Gary Holland, Esq.
997 S. Wickham Road
Melbourne, Florida 32904
garyholland@brosslawoffice.com
susan@brosslawoffice.com
paul@brosslawfirm.com

This service is being made in compliance with Fed. R. Civ. P. 5 and pursuant to the safe harbor provision of Fed. R. Civ. P. 11 which allows the recipient twenty-one (21) days from the date of service to withdraw the challenged allegations before a motion for sanctions is filed with the Court through the Court's electronic docketing system.

*/s/Kristen E. Dennison*
Kristen E. Dennison, Esq.