**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PRO ACTIVE SAFETY SYSTEM P.A.S.S. LLC.,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1063-ACC-RMN**

**SIEMANS GAMESA RENEWABLE ENERGY, LLC.,**

**Defendant.**

---

# ORDER

This cause comes before the Court on the following motions and on review of the record. Defendant Siemens Gamesa Renewable Energy, LLC's Motion for Sanctions (Doc. 15), to which Plaintiff Pro Active Safety System P.A.S.S. LLC responded in opposition (Doc. 15). And, Defendant's Motion to Dismiss (Doc. 20) to which Plaintiff responded in opposition (Doc. 23).

**ORDER ON PENDING MOTIONS**. The Court **DENIES without prejudice** Defendant's Motion for Sanctions (Doc. 15) and Motion to Dismiss (Doc. 20) for failure to comply with Local Rule 3.01(a) of the Middle District of Florida. All motions must be filed as a single document.

The Court **STRIKES** Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 23) as improperly requesting affirmative relief in a response rather than filing a motion. Moreover, the request for leave does not comply with the Local Rules and Federal Rules of Civil Procedure. A request for extension of time to respond to a Motion must also be filed as a Motion that complies with the Court's Local Rules.

Counsel for Plaintiff and Defendant are **ORDERED** to read the Local Rules of the Middle District of Florida in their entirety and **CERTIFY to the Court** in writing on or before noon on October 17, 2025 that they have read the Local Rules.

Plaintiff has 7 days from the date of this Order to file a proper Motion for Leave to file a Second Amended Complaint that complies with Local Rule 3.01.

**ORDER TO SHOW CAUSE.** On June 23, 2025, this Court entered its Initial Case Order (Doc. No. 4). The Court's Order states that the parties shall conduct a case management conference (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees and file the Case Management Report regardless of the pendency of any undecided motion. To date, the parties have failed to file a Case Management Report as required.

It is **ORDERED** that the parties shall **SHOW CAUSE** by written response on or before October 14, 2025, as to why this case should not be dismissed for failure to file a Case Management Report.

The parties are further cautioned that continued non-compliance with Court Orders and the Local Rules of this Court will result in sanctions which may include dismissal of this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 9, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties